UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

Plaintiff,

v.                                              Case No.

VIRIDIANA ALVA,

Defendant.                    [Title 18, U.S. Code, Section 656]

## INFORMATION

**THE UNITED STATES ATTORNEY CHARGES THAT:**

Between on or about March 8, 2019, and October 11, 2019, in the State and Eastern

District of Wisconsin,

### VIRIDIANA ALVA,

being an agent and employee of BMO Harris Bank N.A., a financial institution with deposits

insured by the Federal Deposit Insurance Corporation, with intent to injure and defraud,

embezzled and willfully misapplied approximately $94,500 of the moneys and funds of BMO

Harris Bank, in that the defendant stole money from the institution's cash reserves.

In violation of Title 18, United States Code, Section 656.

RICHARD G. FROHLING
United States Attorney

Date: 6/29/22